# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NORRIS, MARK S. | US DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE | 05/24/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US DISTRICT JUDGE | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☑ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

167 N MAIN ST
ROOM 907
MEMPHIS, TN 38103

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PRESIDENT | TN SOCIETY SONS OF THE AMERICAN REVOLUTION |
| 2. | TRUSTEE/DIRECTOR | TN HISTORICAL SOCIETY |
| 3. | DIRECTOR | UNVERSITY OF TENNESSEE HEALTH SCIENCE CENTER ADVISORY BOARD |
| 4. | MEMBER | BAYOU FARM PROPERTIES, LLC |
| 5. | MEMBER | PENNY FARM, LLC |
| 6. | MEMBER | LOBO FARMS, LLC |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2018 | TN CONSOLIDATED RETIREMENT SYSTEM: PENSION |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | BAYOU FARM PROPERTIES, LLC, FARMING (NET) | $4,352.00 |
| 2. 2019 | PENNY FARM LLC, FARMING (NET) | $2,835.00 |
| 3. 2019 | LOBO FARMS LLC, FARMING & RENTAL (NET LOSS $-23,605) | $0.00 |
| 4. 2019 | CATTLE SALES, FARMING (GROSS) | $5,576.18 |
| 5. 2019 | STATE OF TN, TAXABLE FARMING GRANT (GROSS) | $2,000.00 |
| 6. 2019 | TN CONSOLIDATED RETIREMENT SYSTEM (PENSION) | $19,379.52 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | SELF-EMPLOYED, PLANT MAINTENANCE & RENTAL |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORRIS, MARK S.** | 05/24/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | FARM CREDIT MID AMERICA | MORTGAGE ON LAND IN LOBO FARMS, LLC | M |
| 2. | FARM CREDIT MID AMERICA | MORTGAGE ON LAND IN BAYOU FARM PROPERTIES, LLC | M |
| 3. | FARM CREIDT MID AMERICA | MORTGAGE ON LAND IN PENNY FARM, LLC | M |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐　　NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.　RAYMOND JAMES IRA (H) | | | | | | | | | |
| 2.　-ACAP STRATEGIC FUND CLASS W N/L | A | Dividend | M | T | | | | | |
| 3.　-ABBVIE INCORPORATED | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 4.　-AIR PRODUCTS & CHEMICALS INC | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 5.　-ALGER SMALL CAP FOCUS FUND | A | Dividend | J | T | Buy (add'l) | 08/06/19 | J | | |
| 6.　-CME GROUP INC | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 7.　-CARNIVAL CORPORATION PAIRED CTF (PANAMA) | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 8.　-CHEVRON CORP NEW | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 9.　-CISCO SYSTEMS INC | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 10.　-FEDERATED STRAT VAL DIV FND INST SHARES | B | Dividend | K | T | Buy (add'l) | 08/16/19 | K | | |
| 11.　-FIMM MM PORT FUND INST CLASS | B | Interest | M | T | Buy | 02/07/19 | L | | |
| 12.　-FIDUS INVT CORP | A | Dividend | J | T | | | | | |
| 13.　-FIRST HORIZON NATL CORP | A | Dividend | J | T | | | | | |
| 14.　-FIRST TRUST RIVERFRONT DYNAMIC EUR ETF | A | Dividend | K | T | | | | | |
| 15.　-LATEEF FOCUSED GRWTH FND CL A | D | Dividend | L | T | | | | | |
| 16.　-GS FIN CORP .4Y US EQ CONTINGENT COUPON CALLABLE YD NOTE | B | Interest | K | T | Buy | 03/29/19 | K | | |
| 17.　-HOME DEPOT INC | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |

| 1 Income Gain Codes:<br>　(See Columns B1 and D4)<br>2 Value Codes<br>　(See Columns C1 and D3)<br><br>3 Value Method Codes<br>　(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -ISHARES TR MSCI MN VOL ETF | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 19. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 20.   -JPMORGAN CHASE & CO | A | Dividend | J | T | Buy | 06/12/19 | J | | |
| 21. | | | | | Sold<br>(part) | 07/02/19 | J | A | |
| 22. | | | | | Buy<br>(add'l) | 08/27/19 | J | | |
| 23.   -MARATHON PETE CORP | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |
| 24.   -MICROSOFT CORP | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |
| 25.   -MICROCHIP TECH INC | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |
| 26.   -FED TREAS OB FND INST CLASS IS<br>MM | B | Interest | M | T | Buy | 03/04/19 | L | | |
| 27.   -MOTOROLA SOL INC COM NEW | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |
| 28.   -PFIZER INC | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |
| 29.   -PIONEER MULTI ASSET ULTRA SHT<br>INC FND CLASS Y | B | Dividend | L | T | | | | | |
| 30.   -PRINCIPAL MDCP FND INST SHRS | A | Dividend | J | T | Buy<br>(add'l) | 08/05/19 | J | | |
| 31.   -UNION PACIFIC CORP | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |
| 32.   -VANGUARD INDX FNDS S&P 500 ETF<br>SHS NEW | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 33. | | | | | Buy<br>(add'l) | 08/16/19 | J | | |
| 34.   -VERIZON COMMUNICATIONS INC | A | Dividend | J | T | Buy<br>(add'l) | 08/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -WALMART INC | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 36. -EATON CORP PLC SHS (IRELAND) | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 37. -CHUBB LIMITED (SWITZERLAND) | A | Dividend | J | T | Buy (add'l) | 08/27/19 | J | | |
| 38. -RJ BANK DEPOSIT PROGRAM | A | Interest | N | T | | | | | |
| 39. -APPLE INC | | None | | | Buy | 01/22/19 | J | | |
| 40. | | | | | Sold | 02/06/19 | J | A | |
| 41. | | | | | Sold | 02/06/19 | J | A | |
| 42. -ISHARES TR CORE S&P US VLU | | None | | | Buy | 02/08/19 | J | | |
| 43. | | | | | Buy (add'l) | 02/11/19 | J | | |
| 44. | | | | | Sold | 04/18/19 | J | A | |
| 45. | | | | | Sold | 06/10/19 | J | A | |
| 46. -BB&T CORP | | None | | | Buy | 02/15/19 | J | | |
| 47. | | | | | Buy (add'l) | 02/20/19 | J | | |
| 48. | | | | | Sold | 07/02/19 | J | | |
| 49. -AIR TRANSPORT SERVICES GRP | | None | | | Buy | 03/29/19 | J | | |
| 50. | | | | | Sold | 04/01/19 | J | A | |
| 51. -PREMIER INCORPORATED CLASS A | | None | | | Buy | 03/29/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 53. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 54. | | | | | Sold | 07/02/19 | J | A | |
| 55. | | | | | Sold | 07/02/19 | J | A | |
| 56. | | | | | Sold | 07/02/19 | J | A | |
| 57.    -WALGREENS BOOT ALLIANCE | None | | | | Buy | 03/29/19 | J | | |
| 58. | | | | | Buy (add'l) | 04/23/19 | J | | |
| 59. | | | | | Sold | 07/02/19 | J | | |
| 60. | | | | | Sold | 07/02/19 | J | | |
| 61.    -AIR TRANSPORT SERVICES GRP | None | | | | Buy | 04/01/19 | J | | |
| 62. | | | | | Sold | 07/02/19 | J | A | |
| 63. | | | | | Sold | 07/02/19 | J | A | |
| 64.    -KRAFT HEINZ COMPANY | None | | | | Sold | 01/17/19 | J | | |
| 65. | | | | | Sold | 01/17/19 | J | | |
| 66.    -TECH DATA CORP | None | | | | Sold | 02/28/19 | J | A | |
| 67. | | | | | Sold | 03/27/19 | J | A | |
| 68.    -AVAYA HLDGS CORP | None | | | | Sold | 03/27/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. -CONDUENT INC | None | | | | Sold | 06/10/19 | J | | |
| 70. -BROOKFIELD ASSET MGMT INC | None | | | | Sold | 07/02/19 | J | A | |
| 71. | | | | | Sold | 07/02/19 | J | A | |
| 72. -CDK GLOBAL INC | None | | | | Sold | 07/02/19 | J | | |
| 73. | | | | | Sold | 07/05/19 | J | A | |
| 74. -KINDERMORGAN INC DEL | None | | | | Sold | 07/02/19 | J | A | |
| 75. -LKQ CORP | None | | | | Sold | 07/02/19 | J | A | |
| 76. -MCKESSON CORP | None | | | | Sold | 07/02/19 | J | A | |
| 77. | | | | | Sold | 07/02/19 | J | A | |
| 78. -NCR CORP NEW | None | | | | Sold | 07/02/19 | J | A | |
| 79. | | | | | Sold | 07/02/19 | J | A | |
| 80. -FGL HLDGS ORD SHS (CAYMAN ISLANDS) | None | | | | Sold | 07/02/19 | J | | |
| 81. -WELLS FARGO CO NEW | None | | | | Sold | 02/07/19 | J | | |
| 82. -OAKTREE CAP GROUP LLC UNIT CL A | None | | | | Sold | 03/27/19 | J | A | |
| 83. -BERKSHIRE HATHAWAY INC | None | | | | Sold | 07/02/19 | J | | |
| 84. -COMCAST NEW | None | | | | Sold | 07/02/19 | J | A | |
| 85. -DISCOVERY INC COM SER C | None | | | | Sold | 07/02/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORRIS, MARK S.** | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 07/02/19 | J | A | |
| 87. -EXPEDIA GROUP INC NEW | None | | | | Sold | 07/02/19 | J | A | |
| 88. -GCI LIBERTY INC COM CL A | None | | | | Sold | 07/02/19 | J | A | |
| 89. -HOSTESS BRANDS INC CL A | None | | | | Sold | 07/02/19 | J | A | |
| 90. | | | | | Sold | 07/02/19 | J | A | |
| 91. -LIBERTY BROADBAND CORP | None | | | | Sold | 07/02/19 | J | A | |
| 92. -LIBERTY MEDIA CORP DEL COM | None | | | | Sold | 07/02/19 | J | | |
| 93. -SABRE CORP | None | | | | Sold | 07/02/19 | J | A | |
| 94. -US BANCORP DEL COM | None | | | | Sold | 07/02/19 | J | | |
| 95. | | | | | Sold | 07/02/19 | J | A | |
| 96. -WORLD FUEL SVCS CORP | None | | | | Sold | 07/02/19 | J | A | |
| 97. | | | | | Sold | 07/02/19 | J | A | |
| 98. | | | | | Sold | 07/02/19 | J | A | |
| 99. -ALLERGAN PLC SHS (IRELAND) | None | | | | Sold | 07/02/19 | J | A | |
| 100. | | | | | Sold | 07/02/19 | J | A | |
| 101. -AXIS CAPITAL HOLDINGS LTD SHS (BERMUDA) | None | | | | Sold | 07/02/19 | J | A | |
| 102. -LIBERTY LATIN AMER LTD COM (BERMUDA) | None | | | | Sold | 07/02/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  -MOLSON COORS BREWING | None | | | | Buy | 01/03/19 | J | | |
| 104. | | | | | Sold | 07/05/19 | J | A | |
| 105.  -KAR AUCTION SVCS | None | | | | Buy | 02/25/19 | J | | |
| 106. | | | | | Sold | 07/05/19 | J | A | |
| 107.  -BROWN & BROWN INC | None | | | | Sold | 05/03/19 | J | A | |
| 108. | | | | | Sold | 05/06/19 | J | A | |
| 109. | | | | | Sold | 07/05/19 | J | A | |
| 110.  -FASTENAL CO | None | | | | Sold | 05/09/19 | J | A | |
| 111.  -IHS MARKIT LTD SHS (BERMUDA) | None | | | | Sold | 05/06/19 | J | A | |
| 112.  -MCCORMICK & CO | None | | | | Sold | 05/15/19 | J | A | |
| 113.  -AFFILIATED MANAGERS GRP | None | | | | Buy | 05/22/19 | J | | |
| 114. | | | | | Sold | 07/05/19 | J | A | |
| 115.  -ACTUANT CORP CLASS A | None | | | | Sold | 07/05/19 | J | A | |
| 116.  -ARTISAN PARTNERS ASSET MGMT | None | | | | Sold | 07/05/19 | J | A | |
| 117.  -BROADRIDGE FINL SOL | None | | | | Sold | 07/05/19 | J | A | |
| 118.  -CH ROBINSON WORLDWIDE INC | None | | | | Sold | 07/05/19 | J | A | |
| 119.  -HILLENBRAND INC | None | | | | Sold | 07/05/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -GRACO INC | | None | | | Sold | 07/05/19 | J | A | |
| 121.  -IAA INC | | None | | | Sold | 07/05/19 | J | A | |
| 122.  -LPL FINL HOLDINGS | | None | | | Sold | 07/05/19 | J | A | |
| 123.  -LEGG MASON INC | | None | | | Sold | 07/05/19 | J | A | |
| 124.  -LANDSTAR SYSTEMS INC | | None | | | Sold | 07/05/19 | J | A | |
| 125.  -MARKEL CORPORATION | | None | | | Sold | 07/05/19 | J | A | |
| 126.  -MATTHEWS INTL CORP | | None | | | Sold | 07/05/19 | J | A | |
| 127.  -POST HLDGS INC | | None | | | Sold | 07/05/19 | J | A | |
| 128.  -WATERS CORP | | None | | | Sold | 07/05/19 | J | A | |
| 129.  -STERICYCLE INC | | None | | | Sold | 07/05/19 | J | A | |
| 130.  -WILEY JOHN & SONS INC | | None | | | Sold | 07/05/19 | J | A | |
| 131.  -WESTERN UN COMPANY | | None | | | Sold | 07/05/19 | J | A | |
| 132.  -WILLIS TOWERS WATSON PUB LTD SHS (IRELAND) | | None | | | Sold | 07/05/19 | J | A | |
| 133.  -NILESEN HLDGS PLC SHS EUR (UNITED KINGDOM) | | None | | | Sold | 07/05/19 | J | A | |
| 134.  -INVESCO INTL GRWTH FND CL A | | None | | | Sold | 02/06/19 | J | A | |
| 135. | | | | | Sold | 02/06/19 | J | | |
| 136. | | | | | Sold | 02/06/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 02/06/19 | J | | |
| 138. | | | | | Sold | 02/06/19 | J | | |
| 139.  -THL CREDIT SENIOR LOAN | | None | | | Sold | 01/25/19 | J | | |
| 140.  -CITIGROUP INC COM NEW | | None | | | Sold | 02/06/19 | J | B | |
| 141.  -T ROWE PRICE US EQUITY RES FND | A | Dividend | J | T | Buy | 08/13/19 | J | | |
| 142.  -PIMCO LOW DURATION FND | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 143.  -AQR LARGE CAP DEF STYL FND | A | Dividend | J | T | Buy | 11/25/19 | J | | |
| 144. | | | | | Sold (part) | 02/04/19 | J | | |
| 145. | | | | | Sold (part) | 02/04/19 | J | | |
| 146.  -JP MORGAN US LARGE CAP CORE PLUS FND | | None | | | Sold | 08/12/19 | J | | |
| 147. | | | | | Sold | 08/12/19 | J | | |
| 148. | | | | | Sold | 08/12/19 | J | A | |
| 149.  -BAIRD AGG BOND FUND INSTL | A | Dividend | J | T | Sold (part) | 11/21/19 | J | | |
| 150.  -EUROPACIFIC GRWTH FND | A | Dividend | J | T | Sold (part) | 11/21/19 | J | B | |
| 151.  -CLEARBRIDGE DIV STRAT FND | A | Dividend | J | T | Sold (part) | 11/21/19 | J | B | |
| 152.  -ISHARES TR 20 YR TR BD ETF | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 153.  -ISHARES TR MSCI AC ASIA ETF | A | Int./Div. | | | Buy | 09/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 10/15/19 | J | A | |
| 155. -ISHARES TR IBOXX INV CP ETF | A | Int./Div. | K | T | Buy | 09/09/19 | K | | |
| 156. -SPDR PORTFOLIO ST CORP BND | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 157. -ISHARES TR 0-5 YR TIPS ETF | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 158. -ISHARES TR CORE MSCI EURO | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 159. -SPDR HEALTH CARE SEL SEC FND | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 160. | | | | | Buy (add'l) | 10/17/19 | J | | |
| 161. -SPDR CONSUMER STAPLES SEL SEC FND | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 162. -SPDR CONSUMER DISCRETIONARY SEL SEC FND | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 163. -SPDR UTILITIES SEL SEC FND | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 164. -SPDR COMMUNCIATIONS SEL SECTOR FND | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 165. -VANGUARD INTER-TERM CORP BOND ETF | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 166. -VANGUARD FTSE ALL-WORLD EX-US ETF | A | Int./Div. | K | T | Buy | 09/09/19 | K | | |
| 167. -SPDR TECH SEL SECTOR FND | A | Int./Div. | K | T | Buy | 09/09/19 | K | | |
| 168. -VANGUARD FTSE PACIFIC ETF | A | Int./Div. | J | T | Buy | 09/09/19 | J | | |
| 169. -AMERICAN MUTAL FUND CLASS F2 | A | Dividend | J | T | | | | | |
| 170. -ARTISAN INTL FUND | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -CHAMPLAIN MID CAP FND | A | Dividend | J | T | | | | | |
| 172.  -FEDERATED ST INCOME FD | A | Dividend | J | T | | | | | |
| 173.  -DODGE & COX INCOME FUND | A | Dividend | J | T | | | | | |
| 174.  -HARDING LOEVNER EMERG MARKETS | A | Dividend | J | T | | | | | |
| 175.  -JOHN HANCOCK DISC VAL MDCP FND | A | Dividend | J | T | | | | | |
| 176.  -LOOMIS SAYLES GRWT FND CL Y | A | Dividend | J | T | | | | | |
| 177.  -METRO WEST TTL RET BND FND | A | Dividend | K | T | Buy | 02/05/19 | J | | |
| 178.  -MFS RESEARCH FND CL I | A | Dividend | J | T | | | | | |
| 179.  -PGIM ABS RET BND FND | A | Dividend | J | T | | | | | |
| 180.  -T ROWE PRICE SM CAP VAL FND | A | Dividend | J | T | | | | | |
| 181.  -WELLS FARGO INTL VAL FND | A | Dividend | J | T | | | | | |
| 182. RAYMOND JAMES INVESTMENTS (H) | | | | | | | | | |
| 183.  -ALTRIA GROUP INC | B | Dividend | K | T | | | | | |
| 184.  -AT&T INC | A | Dividend | J | T | | | | | |
| 185.  -BRISTOL MYERS SQUIBB CO | A | Dividend | J | T | | | | | |
| 186.  -CHEVRON CORP NEW | A | Dividend | K | T | | | | | |
| 187.  -COMCAST CORP NEW CL A | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -DEERE & CO | A | Dividend | J | T | | | | | |
| 189. -RJ BANK DEPOSIT PROGRAM | A | Interest | M | T | | | | | |
| 190. -JPMORGAN LIQUID ASSTS MM | A | Interest | L | T | Buy | 12/27/19 | K | | |
| 191. -FIMM MM PORT FUND INST CL | A | Interest | L | T | Buy | 12/27/19 | L | | |
| 192. -FEDEX CORP | A | Dividend | J | T | | | | | |
| 193. -INTERNATIONAL PAPER CO | A | Dividend | J | T | | | | | |
| 194. -JP MORGAN CHASE & CO | A | Dividend | K | T | | | | | |
| 195. -MERCK & COMPANY INC | A | Dividend | J | T | | | | | |
| 196. -PEPSICO INC | A | Dividend | J | T | | | | | |
| 197. -PRIN FINL GRP INC | A | Dividend | J | T | | | | | |
| 198. -PROCTER AND GAMBLE CO OCT 100 EXP 10/18/19 | B | Dividend | | | Expired | 10/21/19 | J | | |
| 199. -VISA INC COM CL A | A | Dividend | L | T | | | | | |
| 200. -FIRST TR ETF IV FIRST TR ENH SHT MATURITY ETF NEW | | None | K | T | Buy | 12/30/19 | K | | |
| 201. -HIGHLANDS REIT INC | | None | J | T | | | | | |
| 202. -SHIRE PLC SPONS ADR | | None | | | Sold | 01/08/19 | J | A | |
| 203. | | | | | Sold | 01/08/19 | J | A | |
| 204. | | | | | Sold | 01/08/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORRIS, MARK S.** | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold | 01/08/19 | J | A | |
| 206. -TAKEDA PHARM CO LTD SPONS ADS (JAPAN) | A | Dividend | | | Sold | 05/17/19 | J | | |
| 207. -ALLY FINL INC | | None | | | Sold | 01/25/19 | J | A | |
| 208. | | | | | Sold | 01/25/19 | J | A | |
| 209. | | | | | Sold | 01/25/19 | J | A | |
| 210. -AMERICAN EQTY INVT LIFE HLD CO | | None | | | Sold | 05/16/19 | J | A | |
| 211. | | | | | Sold | 05/16/19 | J | A | |
| 212. | | | | | Sold | 05/16/19 | J | A | |
| 213. -ATLAS AIR WORLDWIDE HLDGS INC COM NEW | | None | | | Sold | 05/16/19 | J | A | |
| 214. - BANK AMER CORP | A | Dividend | | | Sold | 05/16/19 | J | A | |
| 215. | | | | | Sold | 05/16/19 | J | A | |
| 216. | | | | | Sold | 05/16/19 | J | A | |
| 217. -BIOGEN INC | | None | | | Sold | 05/17/19 | J | A | |
| 218. -CENTENE CORP DEL | | None | | | Sold | 05/16/19 | J | B | |
| 219. -INTEGRATED DEVICE TECH | | None | | | Sold | 01/25/19 | J | B | |
| 220. | | | | | Sold | 01/25/19 | J | B | |
| 221. | | | | | Sold | 01/25/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORRIS, MARK S.** | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 222.  -INTERPUBLIC GROUP COMPANIES | | None | | | Sold | 01/25/19 | J | A | |
| 223. | | | | | Sold | 01/25/19 | J | A | |
| 224.  -METLIFE INC | A | Dividend | | | Sold | 05/17/19 | J | A | |
| 225. | | | | | Sold | 05/17/19 | J | B | |
| 226.  -OPEN TEXT CORP (CANADA) | A | Dividend | | | Sold | 05/21/19 | J | B | |
| 227.  -PBF ENERGY INC | A | Dividend | | | Sold | 05/17/19 | J | A | |
| 228.  -PULTE GROUP INC | A | Dividend | | | Sold | 05/16/19 | J | B | |
| 229. | | | | | Sold | 05/16/19 | J | A | |
| 230. | | | | | Sold | 05/16/19 | J | A | |
| 231. | | | | | Sold | 05/16/19 | J | A | |
| 232.  -SKYWORKS SOLUTIONS INC | A | Dividend | | | Sold | 05/17/19 | J | A | |
| 233.  -VOYA FINL INC | | None | | | Sold | 01/25/19 | J | A | |
| 234. | | | | | Sold | 01/25/19 | J | A | |
| 235.  -PROCTER & GAMBLE COMPANY | B | Dividend | | | Sold | 10/16/19 | L | F | |
| 236.  -SOUTHERN COMPANY | A | Dividend | | | Sold | 05/21/19 | J | C | |
| 237.  INVENTRUST PROPERTIES CORP | A | Dividend | J | T | | | | | |
| 238.  ENPRO INDUSTRIES INC | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORRIS, MARK S. | 05/24/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. AXA EQUITABLE LIFE INS - VARIABLE LIFE INSURANCE (H) | | | | | | | | | |
| 240. - EQ/COMMON STOCK INDEX | D | Interest | L | T | | | | | |
| 241. RESIDENTIAL RENTAL, OXFORD MS ($150,301) PURCHASED 2008 | D | Rent | M | R | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORRIS, MARK S.** | 05/24/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| **NORRIS, MARK S.** | 05/24/2021 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:  s/ MARK S. NORRIS**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544